ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CAROLINA ESCALANTE KONTI
Assistant U.S. Attorney
Arizona Bar No. 026233
MATTHEW BINDFORD
Assistant U.S. Attorney
Arizona Bar No. 029019
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Fernanda.Escalante.Konti@usdoj.gov
Email. Matthew.Binford@usdoj.gov
Attorney for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

MAR 0 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-17-00317-PHX-JAT(DKD) |
|---|---|
| Plaintiff, | **MOTION TO SEAL INDICTMENT** |
| vs. | |
| Silvester Ruelas, et al., | |
| Defendants. | |

The United States of America, by and through counsel undersigned and pursuant to Fed. R. Crim. P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant.

Excludable delay under 18 U.S.C. § 3161(h) _____ occur as a result of this motion and order based thereon.

Respectfully submitted this 7th day of March, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

CAROLINA ESCALANTE KONTI
MATTHEW BINFORD
Assistant U.S. Attorney